## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 21-11084 |
| --- | --- | --- | --- |
| Katrina Phelps | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

## NOTICE OF MOTION

**To:**  1. Katrina Phelps, 301 W. Root Street, Chicago, IL, 60609
2. Thomas H. Hooper, 55 E. Monroe St. #3850 , Chicago, IL, 60603
3. Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604
SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **Thursday, August 3rd, 2023 at 10:00am,** I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, either in Courtroom 744 at 219 S Dearborn St, Chicago, IL 60604 or electronically as described below, and present the Debtor's attached MOTION TO MODIFY PLAN.

Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All otheres must appear in person.

To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.
To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
Meeting ID and passcode. The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID can also be found on the judge's page on the court's web site.
If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**By:**   */s/ Charles Field Kinzer*
Charles Field Kinzer

## CERTIFICATE OF SERVICE

I, Charles Field Kinzer, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 7/10/2023.

**By:**   */s/Charles Field Kinzer*
Charles Field Kinzer

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960

Katrina Cheri Phelps
301 W. Root Street
Chicago, IL 60609

City of Chicago - Dept of Revenue
Bankruptcy Department
121 N. LaSalle St
Room 107
Chicago IL 60602

Dept Of Ed/Navient
Attn: Bankruptcy Dept.
PO BOX 9635
WILKES BARRE PA 18773

First Premier Bank
Attn: Bankruptcy Dept.
601 S MINNESOTA AVE
SIOUX FALLS SD 57104

National Collegiate Student Loan Trust
C/O Blitt & Gaines
775 Corporate Woods Pkwy
Vernon Hills IL 60061

Clerk, First Mun Div
15 M1 101895
50 W. Washington St., Rm. 1001
Chicago IL 60602

Blitt and Gaines, PC
15 M1 101895
775 Corporate Woods Parkway
Vernon Hills IL 60061

National Collegiate Student Loan Trust
C/O Blitt & Gaines
775 Corporate Woods Pkwy
Vernon Hills IL 60061

Clerk, First Mun Div
15 M1 101905
50 W. Washington St., Rm. 1001
Chicago IL 60602

Blitt and Gaines, PC
15 M1 101905
775 Corporate Woods Parkway
Vernon Hills IL 60061

Navient
Bankruptcy Dept
PO Box 9635
Wilkes-Barre PA 18773

Navient
Attn: Bankruptcy Dept.
PO BOX 9655
WILKES BARRE PA 18773

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 21-11084 |
| --- | --- | --- | --- |
| Katrina Phelps | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, Ms. Katrina Phelps (the "Debtors"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO MODIFY PLAN,** and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 09/27/2021.

3. The Debtor's plan was confirmed by the Court on 4/5/2022.

4. During the plan, the Debtor became pregnant with twins. This required her to take time off of work in the spring of 2023, and as a result, she missed Plan payments and ultimately incurred a motion to dismiss for nonpayment, which is being heard alongside this motion.

5. The Debtor has returned to work and has resumed plan payments. She can continue to make these payments going forward. See Exhibit A.

6. The Debtor lives with her mother and, under the circumstances, no longer pays rent. As a result, she anticipates being able to work, care for her children, and afford her Chapter 13 plan payments. The Debtor's work as a massage therapist affords her the flexibility needed to achieve this. The Debtor's income statements from this work are attached as Exhibit B.

7. The Debtor cannot cure her default in a lump sum, but she can make payments going forward.

8. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to defer Debtor's current Chapter 13 plan default to the end of her plan of reorganization.

9. The Debtor's plan will not run more than the allotted 60 months and will still pay out the confirmed dividend to unsecured creditors.

WHEREFORE THE DEBTORS, Ms. Katrina Phelps, respectfully request this Honorable Court enter an order:

1. Deferring Debtor's current Chapter 13 plan default to the end of her plan of reorganization, and

2. Granting any other relief the court deems proper.

**By:**   ___/s/ Charles Field Kinzer___
Charles Field Kinzer

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960